Same case below, 429 Fed. Appx. 730.

**No. 11-7835. Matthew B. Pizzolato, Petitioner v. United States.**

565 U.S. 1171, 132 S. Ct. 1126, 181 L. Ed. 2d 1004, 2012 U.S. LEXIS 617.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 655 F.3d 403.

**No. 11-7836. Oscar Negrete-Enriquez, Petitioner v. United States.**

565 U.S. 1171, 132 S. Ct. 1126, 181 L. Ed. 2d 1004, 2012 U.S. LEXIS 599.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7837. Elisha Joshua Nunnery, Petitioner v. United States.**

565 U.S. 1171, 132 S. Ct. 1126, 181 L. Ed. 2d 1004, 2012 U.S. LEXIS 640.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 441 Fed. Appx. 240.

**No. 11-7839. Jose A. Garcia-Ortiz, Petitioner v. United States.**

565 U.S. 1171, 132 S. Ct. 1126, 181 L. Ed. 2d 1004, 2012 U.S. LEXIS 679.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 657 F.3d 25.

**No. 11-7840. Erick Hinds, Petitioner v. United States.**

565 U.S. 1171, 132 S. Ct. 1126, 181 L. Ed. 2d 1004, 2012 U.S. LEXIS 641.

January 17, 2012. Petition for writ of certiorari to the Â United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 435 Fed. Appx. 832.

**No. 11-7842. Chi Cuong Hoang, Petitioner v. United States.**

565 U.S. 1171, 132 S. Ct. 1126, 181 L. Ed. 2d 1004, 2012 U.S. LEXIS 688.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 451 Fed. Appx. 220.

**No. 11-7843. Kenneth Lee Green, Petitioner v. United States.**

565 U.S. 1171, 132 S. Ct. 1127, 181 L. Ed. 2d 1004, 2012 U.S. LEXIS 626.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 446 Fed. Appx. 199.

**No. 11-7844. Ricardo Dominguez Gutierrez, Petitioner v. United States.**

565 U.S. 1171, 132 S. Ct. 1127, 181 L. Ed. 2d 1004, 2012 U.S. LEXIS 607.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 446 Fed. Appx. 151.